FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HELEN VINCENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC. formerly known as SANOFI-AVENTIS U.S. INC.,<br><br>　　　　Defendant. | NO: 2:23-CV-0340-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Joint Stipulation of Dismissal with Prejudice. ECF No. 18. The parties agree that all claims asserted by Plaintiff against Defendants be dismissed with prejudice and with each party to bear its own attorneys' fees and costs. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation of Dismissal with Prejudice, ECF No. 18, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party to bear its own attorneys' fees and costs.

3. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED January 30, 2025.



THOMAS O. RICE
United States District Judge